NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RICARDO JOSE CALDERON LOPEZ,**

*Plaintiff-Appellant*

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

*Defendant-Appellee*

_____

2023-1987

_____

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-01640-DMG-SHK, Judge Dolly M. Gee.

_____

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2    CALDERON LOPEZ v. COMMISSIONER OF SOCIAL SECURITY

accordance with the rules.

FOR THE COURT

August 15, 2023
        Date                                /s/ Jarrett B. Perlow
                                            Jarrett B. Perlow
                                            Clerk of Court

**ISSUED AS A MANDATE:** August 15, 2023